IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

vs.                                              Case No: 1:11-cv-176-MP-GRJ

JEREMY YORK, and
GAINESVILLE POLICE DEPARTMENT,

    Defendants.
_____/

**ORDER**

This matter is before the court on Plaintiff's Motion For Appointment of Counsel. (Doc. 14.)  The appointment of counsel in civil cases is not a constitutional right; rather, it is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner."  Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987); Bass v. Perrin, 170 F.3d 1712, 1720 (11th Cir. 1999).

Upon reviewing the pleadings in this action, the Court finds that there are no exceptional circumstances to merit the appointment of counsel at this time. The difficulties presented to the *pro se* Plaintiff are typical of those faced by other incarcerated litigants, and the facts of this case are not complex.  Plaintiff's motion will thus be denied without prejudice.  Denial of this motion does not preclude Plaintiff from raising this issue in the future for further consideration.

The Court also directs Plaintiff's attention to the Court's order entered on October 18, 2011 identifying deficiencies in Plaintiff's First Amended Complaint (Doc. 5) and giving Plaintiff until November 4, 2011 to file a second amended complaint to cure the deficiencies.  (Doc. 8.)  Plaintiff has not filed a second amended complaint in this

case in accordance with the Court's order.  The Court, however, will give Plaintiff one final opportunity to file a second amended complaint. Plaintiff shall file a second amended complaint on or before **December 9, 2011**, failing which will result in a recommendation to the District Judge that this case be dismissed.

Accordingly, it is **ORDERED**

(1) Plaintiff's Motion For Appointment Of Counsel (Doc. 14) is **DENIED** without prejudice.

(2) The **Clerk** is directed to send the Plaintiff a blank civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983, which Plaintiff shall complete in full and file as a second amended complaint on or before **December 9, 2011.  No further extensions will be granted.**

(3) Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that this cause be dismissed.

**DONE AND ORDERED** this 21st day of November 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge