IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

v.                                                      CASE NO. 1:11-cv-176-MP-GRJ

JEREMY YORK,

    Defendant.

_____/

### O R D E R

This case is before the Court on Doc. 21, an unexecuted summons for Defendant Jeremy York that was returned with a notation that York has never been employed at the Gainesville Police Department and was never mentioned in state court case no. CR 02-11-4836.

Despite being granted permission to proceed as a pauper in this case, Plaintiff is ultimately responsible for serving the Defendant. Accordingly, the Court shall grant Plaintiff an opportunity to provide an address for Defendant Jeremy York to the Clerk of Court. Plaintiff is warned, however, pursuant to Fed. R. Civ. P. 4(m) "if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or order that service be made within a specified time."

Accordingly, it is hereby **ORDERED:**

1. Plaintiff shall provide an address for Defendant Jeremy York to the Clerk of Court **on or before January 13, 2012.**

2. Failure to comply with this order will result in a recommendation to the

district judge that this case be dismissed.

**DONE AND ORDERED** this 22nd day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge