IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

v.                                        CASE NO. 1:11-cv-176-MP-GRJ

JEREMY YORK,

    Defendant.

_____/

## O R D E R

This case is before the Court on Plaintiff's Motion For Enlargement Of Time. (Doc. 23.) An unexecuted summons for Defendant Jeremy York was recently returned with a notation that York has never been employed at the Gainesville Police Department and was never mentioned in state court case no. CR 02-11-4836. (Doc. 21.) In response to the unexecuted summons, the Court entered an order instructing Plaintiff to provide an address for Officer Jeremy York on or before January 13, 2011. (Doc. 22.)

In his motion, Plaintiff asks the Court for an extension of time within which to ascertain the Defendant's whereabouts and then to serve the Defendant. The Court will grant Plaintiff's request, but Plaintiff is again reminded he is ultimately responsible for serving the Defendant. Accordingly, Plaintiff is given a **final** opportunity to provide an address for Defendant Jeremy York to the Clerk of Court, failing which the Court will recommend that this case be dismissed.

Accordingly, it is **ORDERED:**

1. Plaintiff shall provide an address for Defendant Jeremy York to the Clerk of Court **on or before February 10, 2012.**

2. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

**DONE AND ORDERED** this 20th day of January 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge