IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

v.                                          CASE NO. 1:11-cv-176-MP-GRJ

CITY OF GAINESVILLE, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Defendant City of Gainesville's Motion to Dismiss Plaintiff's Amended Civil Rights Complaint. (Doc. 41.) Defendant argues that Plaintiff has failed to allege a cause of action against the City for negligent hiring, training, or retention in his Amended Complaint.

Upon due consideration, it is **ORDERED:**

1. Plaintiff shall respond to the Motion To Dismiss filed by Defendant City of Gainesville (Doc. 41) **on or before September 4, 2012**.

2. Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that the motion to dismiss be granted pursuant to N.D.Fla.Loc. Rule 7.1(C) for failure to file a responsive memorandum.

**DONE AND ORDERED** this 6th day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge