IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

v.                                          CASE NO. 1:11-cv-176-MP-GRJ

JEREMY YORK,

    Defendant.

_____/

## O R D E R

This cause is before the Court on Plaintiff's Request for Documents. (Doc. 48.) Plaintiff wishes to subpoena documents from State Attorney William P. Cervone and from the Gulf Correctional Institution Dental Department. The Court construes this request as a motion for discovery. Until such time as the Court issues a scheduling order, any motion for discovery is premature.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Request for Documents (Doc. 48), construed as a motion for discovery, is **DENIED** as premature.

**DONE AND ORDERED** this 28th day of December 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge