IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. NORWOOD,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-176-MP-GRJ

ANDY J. ZAWADZKI and
CITY OF GAINESVILLE,

    Defendants.

_____/

## O R D E R

This cause is before the Court on Plaintiff's "Motion for Production of Documents." (Doc. 53.) Plaintiff requests Defendants to produce service records for Defendant Andy Zawadzki. The Court construes this request as a motion for discovery. Until such time as the Court issues a scheduling order, any motion for discovery is premature.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion for Production of Documents (Doc. 53), construed as a motion for discovery, is **DENIED** as premature.

**DONE AND ORDERED** this 12th day of March 2013.

                        *s/ Gary R. Jones*
                        GARY R. JONES
                        United States Magistrate Judge