IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L NORWOOD,

    Plaintiff,

v.                                         CASE NO. 1:11-cv-00176-MP-GRJ

ANDY J ZAWADZKI,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 9, 2013. (Doc. 79). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Additionally, plainitff has failed to apprise the Court of his current address. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted because the plaintiff has offered no evidence to support his claim of excessive force. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Summary judgment is granted on behalf of defendant Zawadzki and against plaintiff. As defendant Zawadzki is the sole remaining defendant, the Clerk is directed to close the file.

    **DONE AND ORDERED** this _28th_ day of March, 2014

                                                  *s/Maurice M. Paul*
                                                  Maurice M. Paul, Senior District Judge